Judge Berman

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

08 CV 5724

```
-------------------------------------------------  x
ELEKTRA ENTERTAINMENT GROUP INC., a       :
Delaware corporation; ARISTA RECORDS LLC,
a   Delaware   limited   liability   company;   :
ATLANTIC   RECORDING   CORPORATION,   a
Delaware corporation; BMG MUSIC, a New York  :   Civil Action No.:
general partnership; CAPITOL RECORDS, LLC,
a   Delaware   limited   liability   company;   :
INTERSCOPE RECORDS, a California general
partnership; LOUD RECORDS LLC, a Delaware   :
limited liability company; MOTOWN RECORD
COMPANY,   L.P.,   a   California   limited   :
partnership;   PRIORITY   RECORDS   LLC,   a
Delaware limited liability company; SONY BMG  :
MUSIC ENTERTAINMENT, a Delaware general
partnership;   UMG   RECORDINGS,   INC.,   a   :
Delaware   corporation;   WARNER   BROS.
RECORDS   INC.,   a   Delaware   corporation;   and   :
ZOMBA RECORDING LLC, a Delaware limited
liability company,                              :

                  Plaintiffs,                   :

                                                :
            -against-
                                                :
DOES 1 - 12,
                                                :
                  Defendants.                   x
-------------------------------------------------
```



## COMPLAINT FOR COPYRIGHT INFRINGEMENT

Plaintiffs, by their attorneys, for their complaint against Defendants, allege:

### JURISDICTION AND VENUE

1.     This is a civil action seeking damages and injunctive relief for copyright

infringement under the copyright laws of the United States (17 U.S.C. § 101 *et seq.*).

2.     This Court has jurisdiction under 17 U.S.C. § 101 *et seq.*; 28 U.S.C. § 1331

(federal question); and 28 U.S.C. § 1338(a) (copyright).

3.    Venue in this District is proper.  See 28 U.S.C. §§ 1391(b), 1400(a).  Although the true identity of each Defendant is unknown to Plaintiffs at this time, on information and belief, each Defendant may be found in this District and/or a substantial part of the acts of infringement complained of herein occurred in this District.  On information and belief, personal jurisdiction in this District is proper because each Defendant, without consent or permission of the copyright owner, disseminated over the Internet copyrighted works owned and/or controlled by Plaintiffs.  On information and belief, such illegal dissemination occurred in every jurisdiction in the United States, including this one.  In addition, each Defendant contracted with an Internet Service Provider ("ISP") found in this District to provide each Defendant with the access to the Internet which facilitated Defendants' infringing activities.

**PARTIES**

4.    Plaintiff Elektra Entertainment Group Inc. is a corporation duly organized and existing under the laws of the State of Delaware, with its principal place of business in the State of New York.

5.    Plaintiff Arista Records LLC is a limited liability company duly organized and existing under the laws of the State of Delaware, with its principal place of business in the State of New York.

6.    Plaintiff Atlantic Recording Corporation is a corporation duly organized and existing under the laws of the State of Delaware, with its principal place of business in the State of New York.

7.    Plaintiff BMG Music is a general partnership duly organized and existing under the laws of the State of New York, with its principal place of business in the State of New York.

2

8.     Plaintiff Capitol Records, LLC is a limited liability company duly organized and existing under the laws of the State of Delaware, with its principal place of business in the State of New York.

9.     Plaintiff Interscope Records is a California general partnership, with its principal place of business in the State of California.

10.     Plaintiff Loud Records LLC is a limited liability company duly organized and existing under the laws of the State of Delaware, with its principal place of business in the State of New York.

11.     Plaintiff Motown Record Company, L.P. is a limited partnership duly organized and existing under the laws of the State of California, with its principal place of business in the State of California.

12.     Plaintiff Priority Records LLC is a limited liability company with its principal place of business in the State of California.

13.     Plaintiff SONY BMG MUSIC ENTERTAINMENT is a Delaware general partnership, with its principal place of business in the State of New York.

14.     Plaintiff UMG Recordings, Inc. is a corporation duly organized and existing under the laws of the State of Delaware, with its principal place of business in the State of California.

15.     Plaintiff Warner Bros. Records Inc. is a corporation duly organized and existing under the laws of the State of Delaware, with its principal place of business in the State of California.

16.    Plaintiff ZOMBA RECORDING LLC is a limited liability company duly organized and existing under the laws of the State of Delaware, with its principal place of business in the State of New York.

17.    The true names and capacities of Defendants are unknown to Plaintiffs at this time. Each Defendant is known to Plaintiffs only by the Internet Protocol ("IP") address assigned to that Defendant by his or her ISP on the date and time of that Defendant's infringing activity. See Exhibit A. Plaintiffs believe that information obtained in discovery will lead to the identification of each Defendant's true name.

18.    Although Plaintiffs do not know the true names of Defendants, each Defendant is alleged to have committed violations of the same law (e.g., copyright law), by committing the same acts (e.g., the downloading and distribution of copyrighted sound recordings owned by Plaintiffs), and by using the same means (e.g., a file-sharing network) that each Defendant accessed via the same ISP. Accordingly, Plaintiffs' right to relief arises out of the same series of transactions or occurrences, and there are questions of law or fact common to all Defendants such that joinder is warranted and appropriate here.

### COUNT I
### INFRINGEMENT OF COPYRIGHTS

19.    Plaintiffs incorporate herein by this reference each and every allegation contained in each paragraph above.

20.    Plaintiffs are, and at all relevant times have been, the copyright owners or licensees of exclusive rights under United States copyright law with respect to certain copyrighted sound recordings, including, but not limited to, all of the copyrighted sound recordings on Exhibit A to this Complaint (collectively, these copyrighted sound recordings shall be identified as the "Copyrighted Recordings"). Each of the Copyrighted Recordings is the

4

subject of a valid Certificate of Copyright Registration issued by the Register of Copyrights to each Plaintiff as specified on each page of Exhibit A.

21.    Among the exclusive rights granted to each Plaintiff under the Copyright Act are the exclusive rights to reproduce the Copyrighted Recordings and to distribute the Copyrighted Recordings to the public.

22.    Plaintiffs are informed and believe that each Defendant, without the permission or consent of Plaintiffs, has continuously used, and continues to use, an online media distribution system to download and/or distribute to the public certain of the Copyrighted Recordings. Exhibit A identifies on a Defendant-by-Defendant basis (one Defendant per page) the IP address with the date and time of capture and a list of copyrighted recordings that each Defendant has, without the permission or consent of Plaintiffs, downloaded and/or distributed to the public. Through his or her continuous and ongoing acts of downloading and/or distributing to the public the Copyrighted Recordings, each Defendant has violated Plaintiffs' exclusive rights of reproduction and distribution. Each Defendant's actions constitute infringement of Plaintiffs' copyrights and/or exclusive rights under copyright. (In addition to the sound recordings listed for each Defendant on Exhibit A, Plaintiffs are informed and believe that each Defendant has, without the permission or consent of Plaintiffs, continuously downloaded and/or distributed to the public additional sound recordings owned by or exclusively licensed to Plaintiffs or Plaintiffs' affiliate record labels, and Plaintiffs believe that such acts of infringement are ongoing. Exhibit A includes the currently-known total number of audio files being distributed by each Defendant.)

23.    Plaintiffs have placed proper notices of copyright pursuant to 17 U.S.C. § 401 on each respective album cover of each of the sound recordings identified in Exhibit A. These

notices of copyright appeared on published copies of each of the sound recordings identified in Exhibit A. These published copies were widely available, and each of the published copies of the sound recordings identified in Exhibit A was accessible by each Defendant.

24.    Plaintiffs are informed and believe that the foregoing acts of infringement have been willful, intentional, and in disregard of and with indifference to the rights of Plaintiffs.

25.    As a result of each Defendant's infringement of Plaintiffs' copyrights and exclusive rights under copyright, Plaintiffs are entitled to statutory damages pursuant to 17 U.S.C. § 504(c) against each Defendant for each infringement by that Defendant of each copyrighted recording. Plaintiffs further are entitled to their attorneys' fees and costs pursuant to 17 U.S.C. § 505.

26.    The conduct of each Defendant is causing and, unless enjoined and restrained by this Court, will continue to cause Plaintiffs great and irreparable injury that cannot fully be compensated or measured in money. Plaintiffs have no adequate remedy at law. Pursuant to 17 U.S.C. §§ 502 and 503, Plaintiffs are entitled to injunctive relief prohibiting each Defendant from further infringing Plaintiffs' copyrights, and ordering that each Defendant destroy all copies of copyrighted sound recordings made in violation of Plaintiffs' exclusive rights.

WHEREFORE, Plaintiffs pray for judgment against each Defendant as follows:

1.    For an injunction providing:

"Defendant shall be and hereby is enjoined from directly or indirectly infringing Plaintiffs' rights under federal or state law in the Copyrighted Recordings and any sound recording, whether now in existence or later created, that is owned or controlled by Plaintiffs (or any parent, subsidiary, or affiliate record label of Plaintiffs) ("Plaintiffs' Recordings"), including without limitation by using the Internet or any online media distribution system to reproduce (*i.e.,* download) any of Plaintiffs' Recordings or to distribute (*i.e.,* upload) any of Plaintiffs' Recordings, except pursuant to a lawful license or with the express authority of

Plaintiffs. Defendant also shall destroy all copies of Plaintiffs' Recordings that Defendant has downloaded onto any computer hard drive or server without Plaintiffs' authorization and shall destroy all copies of those downloaded recordings transferred onto any physical medium or device in Defendant's possession, custody, or control."

2.    For statutory damages for each infringement of each Copyrighted Recording pursuant to 17 U.S.C. § 504.

3.    For Plaintiffs' costs in this action.

4.    For Plaintiffs' reasonable attorneys' fees incurred herein.

5.    For such other and further relief as the Court may deem just and proper.

Dated: New York, New York
      June 26, 2008

By: _____
    Brian E. Moran (BM-8573)
    Victor B. Kao (VK-6967)
    Robinson & Cole LLP
    885 Third Avenue, Suite 2800
    New York, NY 10022-4834
    Telephone: (212) 451-2900
    Fax: (212) 451-2999

# Exhibit A

## EXHIBIT A DOE LIST

Doe # 1                     **IP Address:**  160.39.188.40 2007-12-19 17:35:45 EST
                            **Case ID:  152449604**

Doe # 2                     **IP Address:**  160.39.137.124 2008-02-07 18:34:11 EST
                            **Case ID:  158395334**

Doe # 3                     **IP Address:**  160.39.194.245 2008-02-14 07:13:59 EST
                            **Case ID:  159118640**

Doe # 4                     **IP Address:**  160.39.210.2 2008-02-18 12:46:15 EST
                            **Case ID:  159602817**

Doe # 5                     **IP Address:**  160.39.50.37 2008-02-21 14:51:35 EST
                            **Case ID:  159974576**

Doe # 6                     **IP Address:**  160.39.244.46 2008-03-03 19:33:40 EST
                            **Case ID:  161268678**

Doe # 7                     **IP Address:**  160.39.157.158 2008-04-03 12:26:48 EDT
                            **Case ID:  165124894**

Doe # 8                     **IP Address:**  160.39.104.34 2008-04-04 20:47:34 EDT
                            **Case ID:  165319994**

Doe # 9                     **IP Address:**  160.39.130.41 2008-04-10 11:23:06 EDT
                            **Case ID:  166029483**

Doe # 10                    **IP Address:**  160.39.51.80 2008-04-22 07:01:56 EDT
                            **Case ID:  167366204**

Doe # 11                    **IP Address:**  160.39.195.61 2008-04-27 05:53:12 EDT
                            **Case ID:  167888024**

Doe # 12                    **IP Address:**  160.39.177.75 2008-04-28 12:51:16 EDT
                            **Case ID:  168037719**

## EXHIBIT A

**IP Address:** 160.39.188.40 2007-12-19 17:35:45 EST          **CASE ID#** 152449604

**P2P Network:** Gnutella          **Total Audio Files:** 130

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Zomba Recording LLC | A Tribe Called Quest | Sucka Nigga | Midnight Marauders | 185-359 |
| SONY BMG MUSIC ENTERTAINMENT | Meat Loaf | Paradise By The Dashboard Light | Bat Out Of Hell | N46849 |
| Warner Bros. Records Inc. | Barenaked Ladies | One Week | Stunt | 257-724 |
| UMG Recordings, Inc. | Hoobastank | The Reason | The Reason | 339-555 |
| SONY BMG MUSIC ENTERTAINMENT | Johnny Kemp | Just Got Paid | Secrets of Flying | 92-433 |

AO 121 (6/90)

| TO: | | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |
|---|---|---|
| | Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION      ~ APPEAL | COURT NAME AND LOCATION<br>United States District Court<br>Southern District of New York<br>500 Pearl Street<br>New York, NY 10007-1312 |
|---|---|
| DOCKET NO.              DATE FILED | |

| PLAINTIFF<br>ELEKTRA ENTERTAINMENT GROUP INC.; ARISTA RECORDS LLC; ATLANTIC RECORDING CORPORATION; BMG MUSIC; CAPITOL RECORDS, LLC; INTERSCOPE RECORDS; LOUD RECORDS LLC; MOTOWN RECORD COMPANY, L.P.; PRIORITY RECORDS LLC; SONY BMG MUSIC ENTERTAINMENT; UMG RECORDINGS, INC.; WARNER BROS. RECORDS INC.; and ZOMBA RECORDING LLC | DEFENDANT<br>DOES 1 - 12 |
|---|---|

| COPYRIGHT<br>REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | <u>See</u> Exhibit A, attached. | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment      ☐ Answer      ☐ Cross Bill      ☐ Other Pleading | |
|---|---|---|
| COPYRIGHT<br>REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached:

| COPY ATTACHED<br>☐ Order    ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes    ☐ No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |

*U.S.G.P.O. 1982-374-279

Copy 1 – Upon initiation of action, mail this copy to Register of Copyrights.

# EXHIBIT A

**IP Address:** 160.39.137.124 2008-02-07 18:34:11 EST          **CASE ID#** 158395334

**P2P Network:** Gnutella          **Total Audio Files:** 182

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Elektra Entertainment Group Inc. | Eagles | Hotel California | Hotel California | N38950 |
| Loud Records LLC | Wu-Tang Clan | Gravel Pit | The W | 298-336 |
| Warner Bros. Records Inc. | Neil Young | Hey Hey | This Note's For You | 91-113 |
| Warner Bros. Records Inc. | Van Halen | Panama | 1984 (MCMLXXXIV) | 52-319 |
| UMG Recordings, Inc. | 50 Cent | Hate It Or Love It | The Massacre | 366-051 |
| Arista Records LLC | Clipse | Cot Damn | Lord Willin' | 321-673 |

## EXHIBIT A

**IP Address:** 160.39.194.245 2008-02-14 07:13:59 EST

**CASE ID#** 159118640

**P2P Network:** Gnutella

**Total Audio Files:** 666

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Warner Bros. Records Inc. | Green Day | Hitchin' A Ride | Nimrod | 244-558 |
| Warner Bros. Records Inc. | Van Halen | Panama | 1984 (MCMLXXXIV) | 52-319 |
| Warner Bros. Records Inc. | Green Day | American Idiot | American Idiot | 362-125 |
| Warner Bros. Records Inc. | Green Day | Minority | Warning | 288-352 |
| SONY BMG MUSIC ENTERTAINMENT | Train | Train | Train | 298-334 |
| UMG Recordings, Inc. | Kanye West | Never Let Me Down | College Dropout | 347-391 |

AO 121 (6/90)

| TO: | |
|---|---|
| Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION      ~ APPEAL | COURT NAME AND LOCATION<br>United States District Court<br>Southern District of New York<br>500 Pearl Street<br>New York, NY 10007-1312 |
|---|---|
| DOCKET NO. | DATE FILED | |

| PLAINTIFF<br>ELEKTRA ENTERTAINMENT GROUP INC.; ARISTA RECORDS LLC; ATLANTIC RECORDING CORPORATION; BMG MUSIC; CAPITOL RECORDS, LLC; INTERSCOPE RECORDS; LOUD RECORDS LLC; MOTOWN RECORD COMPANY, L.P.; PRIORITY RECORDS LLC; SONY BMG MUSIC ENTERTAINMENT; UMG RECORDINGS, INC.; WARNER BROS. RECORDS INC.; and ZOMBA RECORDING LLC | DEFENDANT<br>DOES 1 - 12 |
|---|---|

| COPYRIGHT<br>REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | <u>See</u> Exhibit A, attached. | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment      ☐ Answer      ☐ Cross Bill      ☐ Other Pleading | |
|---|---|---|
| COPYRIGHT<br>REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached:

| COPY ATTACHED<br>☐ Order   ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes   ☐ No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |

*U.S.G.P.O. 1982-374-279

Copy 2 – Upon filing of document adding copyright(s), mail this copy to Register of Copyrights.

# EXHIBIT A

**IP Address:** 160.39.210.2 2008-02-18 12:46:15 EST          **CASE ID#** 159602817

**P2P Network:** Gnutella                                              **Total Audio Files:** 566

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
| --- | --- | --- | --- | --- |
| SONY BMG MUSIC ENTERTAINMENT | Michael Jackson | Billie Jean | Thriller | 41-965 |
| Zomba Recording LLC | R. Kelly | Burn It Up | TP.3 Reloaded | 375-213 |
| UMG Recordings, Inc. | Black Eyed Peas | My Humps | Monkey Business | 378-166 |
| SONY BMG MUSIC ENTERTAINMENT | Journey | Open Arms | Escape | 30-088 |
| Elektra Entertainment Group Inc. | Missy Elliott | 4 My People | Miss E...So Addictive | 297-686 |

## EXHIBIT A

**IP Address:** 160.39.50.37 2008-02-21 14:51:35 EST

**CASE ID#** 159974576

**P2P Network:** Gnutella

**Total Audio Files:** 508

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| UMG Recordings, Inc. | Weezer | Island in the Sun | Weezer (Green Album) | 297-030 |
| UMG Recordings, Inc. | The Bravery | Tyrant | The Bravery | 370-151 |
| UMG Recordings, Inc. | Rihanna | Unfaithful | A Girl Like Me | 387-137 |
| UMG Recordings, Inc. | Weezer | In the Garage | Weezer (Blue Album) | 187-644 |
| Capitol Records, LLC | Billy Idol | Dancing With Myself | Billy Idol | 39-673 |

AO 121 (6/90)

| TO: | |
|---|---|
| **Register of Copyrights**<br>**Copyright Office**<br>**Library of Congress**<br>**Washington, D.C. 20559** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION    ~ APPEAL | COURT NAME AND LOCATION<br>United States District Court<br>Southern District of New York<br>500 Pearl Street<br>New York, NY 10007-1312 |
|---|---|
| DOCKET NO. | DATE FILED | |

| PLAINTIFF<br>ELEKTRA ENTERTAINMENT GROUP INC.; ARISTA RECORDING CORPORATION; BMG MUSIC; CAPITOL RECORDS, LLC; INTERSCOPE RECORDS; LOUD RECORDS LLC; MOTOWN RECORD COMPANY, L.P.; PRIORITY RECORDS LLC; SONY BMG MUSIC ENTERTAINMENT; UMG RECORDINGS, INC.; WARNER BROS. RECORDS INC.; and ZOMBA RECORDING LLC | DEFENDANT<br>DOES 1 - 12 |
|---|---|

| COPYRIGHT<br>REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | <u>See</u> Exhibit A, attached. | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment    ☐ Answer    ☐ Cross Bill    ☐ Other Pleading | |
|---|---|---|
| COPYRIGHT<br>REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached:

| COPY ATTACHED<br>☐ Order  ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes    ☐ No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |

*U.S.G.P.O. 1982-374-279

Copy 3 – Upon termination of action, mail this copy to Register of Copyrights.

## EXHIBIT A

**IP Address:** 160.39.244.46 2008-03-03 19:33:40 EST

**P2P Network:** Gnutella

**CASE ID#** 161268678

**Total Audio Files:** 1734

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| UMG Recordings, Inc. | Aqua | Aquarius | Aquarius | 284-437 |
| Warner Bros. Records Inc. | Green Day | American Idiot | American Idiot | 362-125 |
| Warner Bros. Records Inc. | Morrissey | Tomorrow | Your Arsenal | 146-326 |
| Capitol Records, LLC | Duran Duran | Girls on Film | Duran Duran | 32-401 |
| Capitol Records, LLC | Billy Idol | Flesh for Fantasy | Rebel Yell | 52-131 |
| BMG Music | Brad Paisley | When I Get Where I'm Going | Time Well Wasted | 366-007 |
| Priority Records LLC | Ice Cube | It Was a Good Day | The Predator | 169-617 |

# EXHIBIT A

**IP Address:** 160.39.157.158 2008-04-03 12:26:48 EDT

**CASE ID#** 165124894

**P2P Network:** Gnutella

**Total Audio Files:** 211

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| UMG Recordings, Inc. | Erykah Badu | Next Lifetime | Baduizm | 233-364 |
| UMG Recordings, Inc. | Common | The Light | Like Water For Chocolate | 279-993 |
| UMG Recordings, Inc. | Nelly | My Place | Flap Your Wings (single) | 360-664 |
| UMG Recordings, Inc. | Musiq | Musiq Soulchild | Aijuswanaseing | 291-528 |
| UMG Recordings, Inc. | Jay-Z | What More Can I Say | The Black Album | 337-758 |
| BMG Music | Alicia Keys | Diary | The Diary of Alicia Keys | 346-869 |
| Interscope Records | No Doubt | Just A Girl | Tragic Kingdom | 206-724 |
| Motown Record Company, L.P. | Erykah Badu | In Love With You | Mama's Gun | 295-614 |
| UMG Recordings, Inc. | Common | Come Close | Come Close to Me (single) | 323-854 |

AO 121 (6/90)

| TO: | | |
|---|---|---|
| | **Register of Copyrights**<br>**Copyright Office**<br>**Library of Congress**<br>**Washington, D.C. 20559** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION      ~ APPEAL | COURT NAME AND LOCATION<br>**United States District Court**<br>**Southern District of New York**<br>**500 Pearl Street**<br>**New York, NY 10007-1312** |
|---|---|
| DOCKET NO.          DATE FILED | |

| PLAINTIFF<br>**ELEKTRA ENTERTAINMENT GROUP INC.; ARISTA RECORDS LLC; ATLANTIC RECORDING CORPORATION; BMG MUSIC; CAPITOL RECORDS, LLC; INTERSCOPE RECORDS; LOUD RECORDS LLC; MOTOWN RECORD COMPANY, L.P.; PRIORITY RECORDS LLC; SONY BMG MUSIC ENTERTAINMENT; UMG RECORDINGS, INC.; WARNER BROS. RECORDS INC.; and ZOMBA RECORDING LLC** | DEFENDANT<br>**DOES 1 - 12** |
|---|---|

| COPYRIGHT<br>REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| | <u>See</u> Exhibit A, attached. | |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment       ☐ Answer       ☐ Cross Bill       ☐ Other Pleading | |
|---|---|---|
| COPYRIGHT<br>REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached:

| COPY ATTACHED<br>☐ Order   ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes   ☐ No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |

*U.S.G.P.O. 1982-374-279

Copy 4 – In the event of an appeal, forward this copy to the Appellate Court so they can prepare a new AO 279 for the appeal.

# EXHIBIT A

**IP Address:** 160.39.104.34 2008-04-04 20:47:34 EDT

**CASE ID#** 165319994

**P2P Network:** Gnutella

**Total Audio Files:** 69

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| UMG Recordings, Inc. | Sheryl Crow | Soak Up The Sun | C'Mon C'Mon | 311-757 |
| UMG Recordings, Inc. | Black Eyed Peas | Hey Mama | Elephunk | 334-398 |
| Elektra Entertainment Group Inc. | Jet | Are You Gonna Be My Girl | Get Born | 343-668 |
| UMG Recordings, Inc. | Kanye West | Workout Plan | College Dropout | 347-391 |
| Capitol Records, LLC | Yellowcard | Ocean Avenue | Ocean Avenue | 343-413 |
| UMG Recordings, Inc. | Soft Cell | Tainted Love | Non-Stop Erotic Cabaret | 32-408 |
| SONY BMG MUSIC ENTERTAINMENT | Beyonce | Crazy in Love | Dangerously in Love | 342-236 |

## EXHIBIT A

**IP Address:** 160.39.130.41 2008-04-10 11:23:06 EDT          **CASE ID#** 166029483

**P2P Network:** Gnutella          **Total Audio Files:** 590

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| SONY BMG MUSIC ENTERTAINMENT | Destiny's Child | Say My Name | The Writing's on the Wall | 268-936 |
| Warner Bros. Records Inc. | Goo Goo Dolls | Slide | Dizzy Up the Girl | 246-538 |
| Warner Bros. Records Inc. | Rod Stewart | All For Love | If We Fall In Love Tonight | 229-785 |
| UMG Recordings, Inc. | The Wallflowers | When You're On Top | Red Letter Days | 321-390 |
| UMG Recordings, Inc. | Counting Crows | Round Here | August and Everything After | 172-267 |
| Interscope Records | The Wallflowers | Invisible City | Bringing Down The Horse | 221-889 |
| UMG Recordings, Inc. | Nelly Furtado | Say It Right | Loose | 387-509 |
| UMG Recordings, Inc. | New Found Glory | The Story So Far | Sticks and Stones | 308-874 |

AO 121 (6/90)

| TO: | |
|---|---|
| **Register of Copyrights**<br>**Copyright Office**<br>**Library of Congress**<br>**Washington, D.C. 20559** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION    ~ APPEAL | COURT NAME AND LOCATION<br>United States District Court<br>Southern District of New York<br>500 Pearl Street<br>New York, NY 10007-1312 |
|---|---|
| DOCKET NO.    DATE FILED | |

| PLAINTIFF<br>ELEKTRA ENTERTAINMENT GROUP INC.; ARISTA RECORDS LLC; ATLANTIC RECORDING CORPORATION; BMG MUSIC; CAPITOL RECORDS, LLC; INTERSCOPE RECORDS; LOUD RECORDS LLC; MOTOWN RECORD COMPANY, L.P.; PRIORITY RECORDS LLC; SONY BMG MUSIC ENTERTAINMENT; UMG RECORDINGS, INC.; WARNER BROS. RECORDS INC.; and ZOMBA RECORDING LLC | DEFENDANT<br>DOES 1 - 12 |
|---|---|

| COPYRIGHT<br>REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | <u>See</u> Exhibit A, attached. | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment    ☐ Answer    ☐ Cross Bill    ☐ Other Pleading | |
|---|---|---|
| COPYRIGHT<br>REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below.  A copy of the order or judgment together with the written opinion, if any, of the court is attached:

| COPY ATTACHED<br>☐ Order    ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes    ☐ No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |

*U.S.G.P.O. 1982-374-279

Copy 5 – Case file copy.

# EXHIBIT A

**IP Address:** 160.39.51.80 2008-04-22 07:01:56 EDT

**CASE ID#** 167366204

**P2P Network:** Gnutella

**Total Audio Files:** 268

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| SONY BMG MUSIC ENTERTAINMENT | Lauryn Hill | Ex-Factor | The Miseducation Of Lauryn Hill | 254-183 |
| BMG Music | Yanni | Standing In Motion | Out of Silence | 92-871 |
| Zomba Recording LLC | Justin Timberlake | Take It from Here | Justified | 319-834 |
| Capitol Records, LLC | MC Hammer | U Can't Touch This | Please Hammer, Don't Hurt 'Em | 133-683 |
| SONY BMG MUSIC ENTERTAINMENT | Beyonce | Baby Boy | Dangerously in Love | 342-236 |
| Warner Bros. Records Inc. | Joni Mitchell | Both Sides Now | Both Sides Now | 275-916 |
| SONY BMG MUSIC ENTERTAINMENT | Celine Dion | The Power of Love | The Colour of My Love | 191-558 |
| BMG Music | Kelly Clarkson | Because Of You | Breakaway | 352-147 |

# EXHIBIT A

**IP Address:** 160.39.195.61 2008-04-27 05:53:12 EDT

**CASE ID#** 167888024

**P2P Network:** Gnutella

**Total Audio Files:** 682

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Warner Bros. Records Inc. | Green Day | Hitchin' A Ride | Nimrod | 244-558 |
| Warner Bros. Records Inc. | Green Day | American Idiot | American Idiot | 362-125 |
| SONY BMG MUSIC ENTERTAINMENT | Train | Train | Train | -298-334 |
| Warner Bros. Records Inc. | Green Day | Minority | Warning | 288-352 |
| Warner Bros. Records Inc. | Van Halen | Panama | 1984 (MCMLXXXIV) | 52-319 |

# EXHIBIT A

**IP Address:** 160.39.177.75 2008-04-28 12:51:16 EDT

**CASE ID#** 168037719

**P2P Network:** Gnutella

**Total Audio Files:** 541

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
| --- | --- | --- | --- | --- |
| Warner Bros. Records Inc. | Michael Buble | Home | Home (single) | 370-204 |
| Elektra Entertainment Group Inc. | Third Eye Blind | Slow Motion | Blue | 278-241 |
| Warner Bros. Records Inc. | Goo Goo Dolls | Dizzy | Dizzy Up the Girl | 246-538 |
| Interscope Records | Eminem | Stan | The Marshall Mathers LP | 287-944 |
| Warner Bros. Records Inc. | Fleetwood Mac | Go Your Own Way | Rumours | N39857 |
| SONY BMG MUSIC ENTERTAINMENT | Five for Fighting | 100 Years | 100 Years (single) | 379-570 |
| UMG Recordings, Inc. | Nelly | Batter Up | Country Grammar | 281-782 |
| Arista Records LLC | Annie Lennox | Walking On Broken Glass | Diva | 145-693 |
| Atlantic Recording Corporation | T.I. | Bring Em Out | Urban Legend | 367-100 |