Judge Berman

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

08 CV 5724

---

ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; ARISTA RECORDS LLC, a Delaware limited liability company; ATLANTIC RECORDING CORPORATION, a Delaware corporation; BMG MUSIC, a New York general partnership; CAPITOL RECORDS, LLC, a Delaware limited liability company; INTERSCOPE RECORDS, a California general partnership; LOUD RECORDS LLC, a Delaware limited liabiity company; MOTOWN RECORD COMPANY, L.P., a California limited partnership; PRIORITY RECORDS LLC, a Delaware limited liability company; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; UMG RECORDINGS, INC., a Delaware corporation; WARNER BROS. RECORDS INC., a Delaware corporation; and ZOMBA RECORDING LLC, a Delaware limited liability company,

: Civil Action No.:

Plaintiffs,

-against-

DOES 1 - 12,

Defendants.



RECEIVED
JUN 2 6 2008
U.S.D.C. S.D.N.Y.
CASHIERS

## RULE 7.1 STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiffs identify their parent corporations and any publicly held company that owns 10% or more of any Plaintiff's stock.

Plaintiff ELEKTRA ENTERTAINMENT GROUP INC.'s ultimate parent corporation is Warner Music Group Corp., which is publicly traded in the U.S.

Plaintiff ARISTA RECORDS LLC is a limited liability company owned by BMG Music, a New York general partnership, which is not publicly traded.

Plaintiff ATLANTIC RECORDING CORPORATION's ultimate parent corporation is Warner Music Group Corp., which is publicly traded in the U.S.

Plaintiff BMG MUSIC is a general partnership owned by SONY BMG MUSIC ENTERTAINMENT and Ariola Eurodisc LLC, neither of which is publicly traded.

Plaintiff CAPITOL RECORDS, LLC's ultimate parent is Maltby Capital Limited, which is not publicly traded.

Plaintiff INTERSCOPE RECORDS is a subsidiary of Vivendi S.A., a publicly held French company.

Plaintiff LOUD RECORDS, LLC is a subsidiary of SONY BMG MUSIC ENTERTAINMENT, whose ultimate parents are Bertelsmann AG and Sony Corporation, the latter of which is publicly traded in the United States.

Plaintiff MOTOWN RECORD COMPANY, L.P.'s parent company is Vivendi S.A., a publicly held French company.

Plaintiff PRIORITY RECORDS LLC's ultimate parent is Maltby Capital Limited, which is not publicly traded.

Plaintiff SONY BMG MUSIC ENTERTAINMENT is a Delaware general partnership owned by USCO Holdings Inc., BeSo Holding LLC, Arista Holding, Inc., and Zomba US Holdings, Inc., none of which is publicly traded. Its ultimate parents are Bertelsmann AG and Sony Corporation, the latter of which is publicly traded in the United States.

Plaintiff UMG RECORDINGS, INC.'s ultimate parent corporation is Vivendi S.A., a publicly held French company.

Plaintiff WARNER BROS. RECORDS INC.'s ultimate parent corporation is Warner Music Group Corp., which is publicly traded in the U.S.

Plaintiff ZOMBA RECORDING LLC is a subsidiary of SONY BMG MUSIC ENTERTAINMENT, whose ultimate parents are Bertelsmann AG and Sony Corporation, the latter of which is publicly traded in the United States.

Dated: New York, New York
      June 26, 2008

By: _____
Brian E. Moran (BM-8573)
Victor B. Kao (VK-6967)
Robinson & Cole LLP
885 Third Avenue, Suite 2800
New York, NY 10022-4834
Telephone: (212) 451-2900
Fax: (212) 451-2999