```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
 

———————————————————————— x
:
ELEKTRA ENTERTAINMENT GROUP INC., a
Delaware corporation; ARISTA RECORDS LLC,
a Delaware limited liability company;
ATLANTIC RECORDING CORPORATION, a
Delaware corporation; BMG MUSIC, a New York     :  Civil Action No.:
general partnership; CAPITOL RECORDS, LLC,
a Delaware limited liability company;
INTERSCOPE RECORDS, a California general
partnership; LOUD RECORDS LLC, a Delaware       :
limited liabiity company; MOTOWN RECORD
COMPANY, L.P., a California limited                :     ┌─────────────────────────────┐
partnership; PRIORITY RECORDS LLC, a                     │ USDS SDNY                   │
Delaware limited liability company; SONY BMG    :        │ DOCUMENT                    │
MUSIC ENTERTAINMENT, a Delaware general                  │ ELECTRONICALLY FILED        │
partnership; UMG RECORDINGS, INC., a            :        │ DOC #: _____             │
Delaware corporation; WARNER BROS.                       │ DATE FILED: 7-11-08         │
RECORDS INC., a Delaware corporation; and       :        └─────────────────────────────┘
ZOMBA RECORDING LLC, a Delaware limited
liability company,                              :

            Plaintiffs,                         :

                                                :
        -against-
                                                :
DOES 1 - 12,
                                                :
            Defendants.
———————————————————————— x

## ORDER GRANTING PLAINTIFFS' APPLICATION FOR LEAVE TO TAKE IMMEDIATE DISCOVERY

Upon the Plaintiffs' Application for Leave to Take Immediate Discovery, the

Declaration of Carlos Linares, and the accompanying Memorandum of Law, it is hereby:

ORDERED that Plaintiffs may serve immediate discovery on Columbia

University to obtain the identity of each Doe Defendant by serving a Rule 45 subpoena that seeks

documents that identify each Doe Defendant, including the name, current (and permanent)

addresses and telephone numbers, e-mail addresses, and Media Access Control addresses for

each Defendant. The subpoena may also seek all documents and electronically-stored

information relating to the assignment of any IP address which Columbia cannot link to a specific Doe Defendant. The disclosure of this information is ordered pursuant to 20 U.S.C. § 1232g(b)(2)(B).

IT IS FURTHER ORDERED THAT any information disclosed to Plaintiffs in response to the Rule 45 subpoena may be used by Plaintiffs solely for the purpose of protecting Plaintiffs' rights under the Copyright Act.

IT IS FURTHER ORDERED THAT the subpoena shall afford reasonable notice to customers so that they may object or move to quash prior to the return date of the subpoena. Accordingly, the subpoena shall be returnable within 30 days of the date of service.

DATED: 10 July 2008         By: _____
                            United States District Judge **Victor Marrero**

2