USDS SDNY
DOCUMENT
ELECTRONICALLY
DOC #:
7-17-08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; ARISTA RECORDS LLC, a Delaware limited liability company; ATLANTIC RECORDING CORPORATION, a Delaware corporation; BMG MUSIC, a New York general partnership; CAPITOL RECORDS, LLC, a Delaware limited liability company; INTERSCOPE RECORDS, a California general partnership; LOUD RECORDS LLC, a Delaware limited liabiity company; MOTOWN RECORD COMPANY, L.P., a California limited partnership; PRIORITY RECORDS LLC, a Delaware limited liability company; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; UMG RECORDINGS, INC., a Delaware corporation; WARNER BROS. RECORDS INC., a Delaware corporation; and ZOMBA RECORDING LLC, a Delaware limited liability company,

        Plaintiffs,

-against-

Does 1 - 12,

        Defendants.

---

Civil Action No.: 1:08-cv-05724-VM

Filed Electronically

**NOTICE OF DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT DOE #10**

Pursuant to FED. R. CIV. P. 41(a)(1)(A)(i), Plaintiffs ELEKTRA ENTERTAINMENT GROUP, *et al.*, by and through their attorneys, voluntarily dismiss without prejudice their copyright infringement claim against **DEFENDANT DOE # 10**, also identified as ID # 167366204 with IP address 160.39.51.80 2008-04-22 07:01:56 EDT, each party to bear its/his own fees and costs.

1

Dated: New York, New York
July 16, 2008

ROBINSON & COLE LLP
Attorneys for Plaintiffs

By: _____
Brian B. Moran (BM-8573)
Victor B. Kao (VK-6967)
885 Third Avenue, Suite 2800
New York, NY 10022-4834
Telephone: (212) 451-2900
Facsimile: (212) 451-2999

SO ORDERED:

7-16-08
DATE           VICTOR MARRERO, U.S.D.J.

2